UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN M. HUNNICUTT,

    Plaintiff,

vs.                                      Case No.:  8:10-CV-02502-JDW-EAJ

SCOTT LOWERY LAW OFFICE, P.C.

    Defendant,
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, STEVEN M. HUNNICUTT, by and through his undersigned counsel, pursuant to rule 3.08, Rules of the Middle District of Florida, and hereby notifies this Court that the parties have agreed to a settlement in the above matter. The parties are in the process of preparing the necessary settlement paperwork which will be promptly filed with the Court.

**WHEREFORE**, Plaintiff, STEVEN M. HUNNICUTT, hereby requests the Court to issue a sixty (60) day order of dismissal pursuant to Local Rule 3.08, for the purpose of filing a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true an accurate copy of the foregoing has been filed with the United States District Court, Middle District of Florida, Tampa Division, via CM/ECF, who

will forward a copy to Barbara A. Sinsley, Esquire of Barron, Newburger & Sinsley, PLLC at 205 Crystal Grove Blvd., Suite 102, Lutz, FL 33548 on this 12th day of January, 2011.

                                      DICESARE, DAVIDSON, & BARKER, P.A.

                                      /S/ Harold E. Barker
                                      HAROLD E. BARKER, ESQUIRE
                                      Florida Bar #0500143
                                      E-mail rbarker@ddblaw.com
                                      Post Office Box 7160
                                      Lakeland, Florida 33807-7160
                                      Phone (863) 648-5999
                                      Facsimile (863) 648-4755
                                      Attorney for Plaintiff